FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL DIAZ CISNEROS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | No.   1:26-cv-03060-EFS<br><br>**ORDER OF DISMISSAL** |

On March 30, 2026, Petitioner filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his detention in federal immigration custody.[1] He was subsequently released.[2] He has paid the $5.00 filing fee for this action.

---

[1] ECF No. 1 at 1.

[2] ECF No. 4.

ORDER OF DISMISSAL -- 1

By Order filed April 29, 2026, the Court directed Mr. Cisneros to amend his petition, to utilize the proper form petition, 28 U.S.C. § 2254, and to demonstrate that his challenge to his 2007 state court conviction for First Degree Burglary, First Degree Assault, and Second Degree Unlawful Possession of a Firearm,[3] was timely filed, had been fully exhausted, and that he satisfied the "in custody" requirement.[4]

Although granted the opportunity to amend, Petitioner did not do so and has filed nothing further in this action. He was cautioned that his failure to amend within 60 days as directed would result in the dismissal of the petition.[5]

Petitioner's filing deficiencies indicate that he has chosen to abandon this litigation. Therefore, for the reasons set forth above and in the Order to Amend Petition,[6] this action is dismissed.

/ /

---

[3] ECF No. 1 at 2.

[4] ECF No. 5 at 4–10.

[5] *Id.* at 11.

[6] *Id.*

ORDER OF DISMISSAL -- 2

Accordingly, **IT IS HEREBY ORDERED:**

1. The Petition, **ECF No. 1,** is **DISMISSED WITH PREJUDICE** pursuant to Rule 4, Rules Governing § 2254 Cases.

2. The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

3. The Clerk's Office shall **CLOSE** this file.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Petitioner at his last known address.

DATED this 29th day of June 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER OF DISMISSAL -- 3