FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jun 29, 2026**

SEAN F. MCAVOY, CLERK

MIGUEL DIAZ CISNEROS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| STATE OF WASHINGTON | ) |
|  | ) |

Civil Action No.   1:26-cv-03060-EFS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .
_____

☑  other:   Pursuant to the Court Order at ECF No. 6, the Petition, ECF No. 1, is DISMISSED WITH PREJUDICE pursuant to Rule 4, Rules Governing § 2254 Cases.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Edward F. Shea.

Date:  6/29/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*